**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:20-CV-20910**

**BIG LEAGUE VENTURES, LLC,**

    **PLAINTIFF,**

**V.**

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**

    **DEFENDANTS.**    /

## DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1. My name is Laura Probyn; I am over the age of 21.

2. I am the Head of Property Claims - UK at AXA XL, a division of AXA and the managing agent for XL Catlin syndicate number 2003. I have authority in that capacity to speak on the matters discussed herein and I have personal knowledge of the facts contained herein.

3. Syndicate number 2003 is one of the five (5) syndicates (collectively, "insurers") responsible[1] for underwriting commercial insurance policy number 77MBR-3017[2] ("policy"), which is the insurance policy at issue in this lawsuit and attached to Plaintiff's Complaint as Exhibit "1." *See* D.E. 1-3.

4. The four (4) other syndicates subscribing to the policy are numbers 2987, 2623, 0623, and 0318. *See* the policy's Syndicate Allocation Endorsement at D.E. 1-3, p. 6 of 62.

---

[1] Syndicates are mere administrative structures and bear no risk on the policies they underwrite; rather the constituents of syndicates, known as "names," or "members," assume responsibility for their individual percentages of the policies underwritten by their respective syndicates.

[2] The policy was issued to Plaintiff for the purpose of providing certain insurance coverage for the commercial property located at 1231 NW 58 Terrace, Miami FL 33142 ("property"), during the one-year term commencing December 19, 2019, subject to the policy's terms, conditions, limitations, exclusions, and applicable deductibles.

Exhibit "1"

5. The insurers are each severally liable, and not jointly liable, for their percentage of risk under the policy. *See* the policy's Several Liability Notice at D.E. 1-3, p. 16 of 62.

6. The insurers' percentage of risk under the policy is allocated as follows: syndicate 2003 holds 47.6190% of the policy's risk; syndicate 2987 holds 14.2857% of the policy's risk; syndicate 2623 holds 23.4286% of the policy's risk; syndicate 0623 holds 5.1429% of the policy's risk; and syndicate 0318 holds 9.5238% of the policy's risk.

7. The Civil Cover Sheet served with Plaintiff's Complaint asserts seven hundred fifty thousand dollars and no cents ($750,000.00) as the amount Plaintiff demands in this lawsuit.

8. If Plaintiff were entitled to the full amount of its demand, syndicates 0318 and 0623 would only bear responsibility for $71,428.50 (i.e., 9.5238% of $750,000.00) and $38,571.75 (i.e., 5.1429% of $750,000.00) of the total amount demanded, respectively.

9. The 5.1429% of the policy's risk borne by syndicate number 0623 is shared by 1,679 names, while the 9.5238% risk borne by syndicate number 0318 is shared by 389 names.

10. If Plaintiff were entitled to the entire sum demanded, none of the 1,679 names sharing syndicate number 0623's risk under the policy would bear responsibility for $75,000.00, nor would any of the 389 names on syndicate 0318 bear responsibility for $75,000.00.

11. The percentages of risk on syndicate 0623 vary by name, from 8.964124% to .000105%. Stated another way, based on Plaintiff's full demand of $750,000.00, the risks borne by the names on syndicate 0623 run from $3,457.62 to $.41.

12. Using the same analysis, the percentages of risk on syndicate 0318 vary by name, from 91.198643% to .000213%: in dollars, from $65,141.98 to $1.52.

13. None of the names sharing the risk subscribed to by syndicates 0623 and 0318 could be liable to Plaintiff for an amount equal to, or exceeding, $75,000.00.

**[THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK]**

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 1st, 2020, by Laura Probyn.

Signed

Laura Probyn, on behalf of Certain Underwriters at Lloyd's, London Subscribing to Policy No. 77MBR-3017